JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO MCKINNEY,<br><br>　　　　Petitioner,<br>　vs.<br>STATE BAR OF CALIF. LISA LICHENSTEIN, ETC. Al,<br><br>　　　　Respondent. | Case No. CV 13-4403-GAF (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

　　IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: July 6, 2013

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**